UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 06178
   RACHEL JOHNSON
                                                CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER

       Debtor
   SSN XXX-XX-8783

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
   The case was filed on 04/05/2007 and was confirmed 06/20/2007.

   The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

   The case was dismissed after confirmation 10/24/2007.
--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| ACC CONSUMER FINANCE L | SECURED VEHIC | 23152.87 | 169.85 | 536.67 |
| CITY OF CHICAGO WATER DE | SECURED | 193.00 | .00 | 45.00 |
| COOK COUNTY TREASURER | SECURED | 1350.00 | .00 | 75.00 |
| NOVASTAR MORTGAGE INC | CURRENT MORTG | .00 | .00 | .00 |
| NOVASTAR MORTGAGE INC | MORTGAGE ARRE | .00 | .00 | .00 |
| ASSET ACCEPTANCE LLC | UNSECURED | 2480.45 | .00 | .00 |
| CFC FINANCIAL/COLLECTION | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF CHICAGO PARKING | UNSECURED | 65.00 | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | 286.37 | .00 | .00 |
| ILLINOIS ATTORNEY GENERA | UNSECURED | 550.96 | .00 | .00 |
| NCO FIN/55 | UNSECURED | NOT FILED | .00 | .00 |
| NCO FIN/99 | UNSECURED | NOT FILED | .00 | .00 |
| PEOPLES GAS LIGHT & COKE | UNSECURED | 444.59 | .00 | .00 |
| NIPSCO | UNSECURED | 426.95 | .00 | .00 |
| ASSET ACCEPTANCE LLC | UNSECURED | 1951.61 | .00 | .00 |
| ASSET ACCEPTANCE LLC | UNSECURED | 207.53 | .00 | .00 |
| ASSET ACCEPTANCE LLC | UNSECURED | 234.59 | .00 | .00 |
| ASSET ACCEPTANCE LLC | UNSECURED | 2238.04 | .00 | .00 |
| ASSET ACCEPTANCE LLC | UNSECURED | 2201.66 | .00 | .00 |
| ASSET ACCEPTANCE LLC | UNSECURED | NOT FILED | .00 | .00 |
| ASSET ACCEPTANCE LLC | UNSECURED | 2102.92 | .00 | .00 |
| ASSET ACCEPTANCE LLC | UNSECURED | 646.73 | .00 | .00 |
| ASSET ACCEPTANCE LLC | UNSECURED | 1896.72 | .00 | .00 |
| RJM AQUISITIONS FUNDING | UNSECURED | 90.00 | .00 | .00 |
| CITY OF CHICAGO WATER DE | SECURED NOT I | .00 | .00 | .00 |
| B-REAL LLC | UNSECURED | 969.50 | .00 | .00 |
| ROBERT J SEMRAD & ASSOC | DEBTOR ATTY | 2,464.00 | | 82.79 |
| TOM VAUGHN | TRUSTEE | | | 62.69 |
| DEBTOR REFUND | REFUND | | | .00 |

   Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------

                    PAGE  1 - CONTINUED ON NEXT PAGE
                CASE NO. 07 B 06178 RACHEL JOHNSON

|                        | RECEIPTS | DISBURSEMENTS |
|------------------------|----------|---------------|
| TRUSTEE                | 972.00   |               |
|                        |          |               |
| PRIORITY               |          | .00           |
| SECURED                |          | 656.67        |
|    INTEREST |       | 169.85        |
| UNSECURED              |          | .00           |
| ADMINISTRATIVE         |          | 82.79         |
| TRUSTEE COMPENSATION   |          | 62.69         |
| DEBTOR REFUND          |          | .00           |
| TOTALS                 | 972.00   | 972.00        |

Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


Dated: 01/25/08                    /s/ Tom Vaughn
                                   _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE